UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDRES HERNANDEZ-LOPEZ, CIVIL NO. 01-1347 (DSD/JMM)

Petitioner,

v. ORDER

CONSTANCE C. REESE,
IMMIGRATION AND NATURALIZATION
SERVICE, and DOES 1-5,

Respondents.

In Petitioner's letter to the Court dated September 30, 2001, he requested that counsel be appointed to represent him in this action. We have chosen to treat Petitioner's request as a Motion for Appointment of Counsel. The Court, being duly advised in the premises, upon all of the files, records, and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Petitioner's Motion for Appointment of Counsel is granted. Petitioner shall be represented in this action by Duane Krohnke, Esq., 2505 Princeton Court, St. Louis Park, MN 55416.

2. Petitioner, through counsel, shall file and serve a Supplemental Memorandum in Support of his Petition for Writ of Habeas Corpus no later than January 7, 2002. Respondents may file a responsive Memorandum no later than January 18, 2002. The Court will then take the matter under advisement.

Dated: December 6, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MEMORANDUM**

It is the Court's opinion that both the Court and Petitioner will be benefitted by the assistance of counsel in this case. In particular, we have appointed counsel to address the effect on the Petition, if any, of the Supreme Court's decision in Zadvydas v. Davis, – U.S. –, 121 S. Ct. 2491 (2001), as well as subsequent opinions construing Zadvydas. See, e.g., Hoyte-Mesa v. Ashcroft, – F.3d –, 2001 WL 1525840 (7th Cir. Dec. 3, 2001)(*per curium*); Carballo v. Luttrell, 2001 WL 1194699 (6th Cir. Oct. 11, 2001).

J.M.M.