UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDRES HERNANDEZ-LOPEZ,

Petitioner,

v.

CONSTANCE C. REESE,
IMMIGRATION AND NATURALIZATION
SERVICE, and DOES 1-5,

Respondents.

CIVIL NO. 01-1347 (DSD/JMM)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that oral argument on Petitioner's Petition [Docket No. 1] will be heard before the undersigned on January 22, 2002 at 11:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Only counsel need to appear.

Dated: January 3, 2002

JOHN M. MASON
United States Magistrate Judge

JAN 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK