UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1347 DSD/JMM

ANDRES HERNANDEZ-LOPEZ,

Petitioner,

v.

CONSTANCE REESE, Warden; and DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE and DOES 1-5,

Respondents.

ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of Dismissal filed herein, which Stipulation of Dismissal is incorporated herein by reference, it is hereby ORDERED that this action is moot and shall be dismissed without prejudice for lack of subject matter jurisdiction, each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: 1/25/02

DAVID S. DOTY
United States District Court Judge

FILED 1-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK